UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JEAN WEEVENS JANVIER,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>SHAWN JENKINS  )<br>    Defendant.  )<br>  ) | CIVIL ACTION<br>NO. 25-40010-MRG |

**ORDER**
**January 30, 2026**

**GUZMAN, D.J.**

Plaintiff Jean Weevens Janvier, who is confined at the North Central Correctional Institution in Gardner, Massachusetts ("NCCI Gardner"), brings this action under 42 U.S.C. § 1983, alleging that while confined to three different institutions, his personal property was confiscated and destroyed on four different occasions. The defendant in this action is the Commissioner of the Department of Correction Shawn Jenkins.

By Memo and Order dated September 24, 2025, the Court granted Janvier's motion for leave to proceed *in forma pauperis* and assessed an initial partial filing fee. Dkt. 8. The order stated that if Janvier wishes to proceed with this action, he shall file an amended complaint that states a claim upon which relief may be granted. *Id.* The Court noted that except for the incident at NCCI Gardner, the claims concerning the three earlier incidents are time barred. *Id.*

In addition, the allegations against the defendant Commissioner do not support a claim for deprivation of property without due process because he could seek judicial review under M.G.L. ch. 30A, § 14 and there are sufficient plausible allegations to establish supervisory liability. *Id.* Finally, Janvier was informed that the allegations fail to sufficiently identify a

custom or policy that caused the alleged constitutional violation. *Id.*

Now before the Court is Janvier's response. Dkt. 12. In his response, Janvier repeats many of the allegations from his complaint. However, he fails to address the pleading deficiencies identified in the Court's September 24, 2025 Memorandum and Order.

Accordingly, and in accordance with the Court's Memorandum and Order [Dkt. 8], this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and 28 U.S.C. § 1915A for failure to state a claim upon which relief may be granted.

**So Ordered.**

                              /s/ Margaret R. Guzman
                              MARGARET R. GUZMAN
                              UNITED STATES DISTRICT JUDGE

Dated: January 30, 2026